522

Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Affirmed.

479 A.2d 1095

Commonwealth v. Campbell, Appellant.

Submitted March 26, 1984. Alphonse P. Lepore, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.

479 A.2d 1095

Commonwealth v. Campbell, Appellant.

Submitted March 26, 1984. Linda R. Tallent, for appellant;

William A. Johnson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Order affirmed.

479 A.2d 1095

Commonwealth v. Carter, Appellant.
Petition for Allowance of Appeal
Denied Oct. 30, 1984.

Argued March 29, 1984.

Arthur T. Donato, Jr., for appellant; Sandra L. Elias, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The judgment of sentence of the learned Delaware County Common Pleas Court Judge Melvin G. Levy is affirmed.

479 A.2d 1096

Commonwealth v. Carter, Appellant.
Petition for Allowance of Appeal
Denied Nov. 7, 1984.

Argued March